UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTO E. ROQUE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5240** |
| **CRESCENT CITY MOVING & STORAGE COMPANY, ET AL** | **SECTION "T"(5)** |

### ORDER

Before the Court is a Motion For Reconsideration (Rec. Doc. 43). The Court, having considered the arguments of the parties, the Court record, the law and applicable jurisprudence, is fully advised in the premises and ready to rule.

Under Rule 59 of the Federal Rules of Civil Procedure, a district court enjoys considerable discretion in granting or denying a motion for reconsideration. See, First Commonwealth Corp. v. Hibernia Nat. Bank of New Orleans, 891 F.Supp. 290 (E.D.La. 1995), amended 896 F.Supp. 634, affirmed 85 F.3d 622. There are three grounds upon which a Court may grant a Rule 59 motion for reconsideration or to alter or amend the judgment: (1) intervening change in the controlling law has occurred, (2) evidence not previously available becomes available, or (3) it is necessary to correct clear error of law or prevent manifest injustice. Database America, Inc. v. Bellsouth Advertising & Pub. Corp. 825 F.Supp. 1216

(D.N.J. 1993).

In the instant case, the Court finds that the plaintiff has not established any of the grounds which would persuade the Court to grant his Motion.

Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration (Rec. Doc. 43) filed on behalf of the plaintiff is **DENIED**.

New Orleans, Louisiana, this 9th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS, JR.